

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVE F. SKERCE,<br><br>  Plaintiff,<br><br>v.<br><br>TORGESON ELECTRIC COMPANY,<br><br>  Defendant. | Case No. 2:18-cv-02040-HLT |

## VERDICT

We, the jury, duly impaneled and sworn, upon our oaths, present the following answers to the questions submitted by the Court:

1. Do you find under Instruction 15 that Defendant is liable to Plaintiff for discrimination on the basis of his diabetes?

   YES _____      NO __X__

**[NOTE: Answer Question 2 only if you answered "Yes" to Question 1. Otherwise, proceed to Question 4.]**

2. Has Defendant proved by a preponderance of the evidence that Defendant would have discharged Plaintiff even if Defendant had not considered Plaintiff's diabetes?

   YES _____      NO _____

**[NOTE: Answer Question 3 only if you answered "Yes" to Question 1 and "No" to Question 2. Otherwise, proceed to Question 4.]**

3. In accordance with Instructions 29, 30, and 34, state the amount of damages, if any, which Plaintiff sustained because of Defendant's discrimination:

   Lost wages and benefits                                   $_____
   (from termination through date of verdict)

   Pain, suffering, or emotional distress                    $_____

   Punitive damages                                          $_____

4. Do you find under Instruction 26 that Defendant interfered with Plaintiff's entitlement to FMLA leave?

   YES  X          NO _____

**[NOTE: Answer Questions 5 and 6 only if you answered "Yes" to Question 4.]**

5. Do you find under Instruction 28 that Defendant would have discharged Plaintiff regardless of Plaintiff's eligibility for FMLA leave or that Plaintiff would not have been employed by Defendant after Plaintiff was released to return to work without restriction?

   YES  X          NO _____

6. Do you find under Instruction 27 that Defendant's violation of the FMLA was willful?

   YES _____       NO  X

**[NOTE: Answer Question 7 only if you answered "Yes" to Question 4, "No" to Question 5, and "Yes" to Question 6. Otherwise, please skip the remaining question.]**

7. In accordance with Instruction 31, state the amount of damages, if any, which Plaintiff sustained due to Defendant's interference with his entitlement to FMLA leave.

   Lost wages and benefits                         $ _____
   (from termination through date of verdict)

_9-27-2019_
DATE                                          FOREPERSON

46